# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **DEMETRIUS C. ROBINSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| V. : | |
| : | NO. 4:25-cv-00052-CDL-AGH |
| **MUSCOGEE COUNTY MEDICAL,** : | |
| *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER OF DISMISSAL

Plaintiff Demetrius C. Robinson, a detainee in the Muscogee County Jail in Columbus, Georgia, filed a pro se civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. He also sought leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). ECF No. 2. Based on his submitted documentation, Plaintiff was granted leave to proceed IFP and ordered to pay an initial partial filing fee of $10.80. ECF No. 4. After Plaintiff paid the initial partial filing fee, the United States Magistrate Judge conducted a preliminary review of Plaintiff's complaint and ordered Plaintiff to recast the complaint if he wanted to proceed with this action. ECF No. 6. Plaintiff was given fourteen days to file his recast complaint and was cautioned that his failure to do so may result in the dismissal of this action. *Id.* at 2.

The time for compliance passed, and Plaintiff failed to file a recast complaint or otherwise respond to the Court's order. Accordingly, Plaintiff was ordered to show cause to the Court why this case should not be dismissed based on his failure to comply with the

Court's order to file a recast complaint. ECF No. 7. Plaintiff was given fourteen days to respond and was cautioned that his failure to do so would likely result in the dismissal of this action. *Id.*

More than fourteen days have now passed since the order to show cause was entered, and Plaintiff has not responded to that order. Therefore, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute this case, his complaint is now **DISMISSED WITHOUT PREJUDICE**. See Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 26th day of August, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA